IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.      CASE NO. 4:12-cr-57-RS-CAS

HOLLI LAUREN PRATHER,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 19). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The plea of guilty of Defendant to Count One of the Indictment is **ACCEPTED**.

3. All parties shall appear for sentencing on February 6, 2013, at 10:00 a.m.

**ORDERED** on November 27, 2012.

    /S/ Richard Smoak
    **RICHARD SMOAK**
    **UNITED STATES DISTRICT JUDGE**